AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
## District of Kansas

| United States of America | ) |
| --- | --- |
| v. | ) |
|  | ) Case No. 6:22-mj-06176-KGG |
| DANNY M. GRIFFIN | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   DANNY M. GRIFFIN   ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to distribute Controlled Substances. See attached indictment for additional charges.

**RECEIVED**
By US Marshals Service at 5:30 pm, Jun 30, 2022

Date: 06/30/2022

*Issuing officer's signature*

City and state:  Wichita, Kansas

HONORABLE KENNETH G. GALE, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)*  06/30/2022 , and the person was arrested on *(date)*  06/30/2022
at *(city and state)*   Newton, KS   .

Date:  07/01/2022          FOR ATF          MICHAEL CARAWAY   Digitally signed by MICHAEL CARAWAY
Date: 2022.07.01 09:45:30 -05'00'
*Arresting officer's signature*

Mike Caraway, SDUSM
*Printed name and title*