# UNITED STATES DISTRICT COURT
## District of Kansas
(Wichita Docket)

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

        v.                              **CASE NO. 22-CR-10053-01-EFM**

**DANNY M. GRIFFIN,**

        **Defendant.**

# SUPERSEDING INFORMATION

**THE UNITED STATES ATTORNEY CHARGES**:

## COUNT 1

**FENTANYL HEROIN AND COCAINE CONSPIRACY**
**[21 U.S.C. § 846]**

From on or about before June, 2019 and continuing through at least June 29, 2022, in the District of Kansas and elsewhere, the defendant,

**DANNY M. GRIFFIN,**

knowingly and intentionally combined, conspired, confederated and agreed together and with other persons known and unknown to the Grand Jury, to possess with the intent to distribute, fentanyl, heroin and cocaine, attempted distribution of fentanyl and heroin, use

1

of controlled communication facility to facilitate drug trafficking and maintaining drug involved premises in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C), 843 and 856.

In violation of Title 21, United States Code, Section 846.

>DUSTON J. SLINKARD
>Acting United States Attorney
>
>  s/*Aaron L. Smith*
> AARON L.SMITH
> Assistant United States Attorney
> 1200 Epic Center, 301 N. Main
> Wichita, Kansas  67202
> Ks S. Ct. # 20447
> (316) 269-6481
> E-mail:aaron.smith3@usdoj.gov

## PENALTIES

**Count 1**     **Fentany, Heroin and Cocaine Conspiracy**
                **21 U.S.C. §§ 846, 841(b)(1)(C)**

- Punishable by a term of imprisonment of not more than twenty (20) years and no more than life imprisonment.  21 U.S.C. § 841(b)(1)(C), 21 U.S.C. § 846.

- A term of supervised release of at least three (3) years.  21 U.S.C. § 841(b)(1)(C).

- A fine not to exceed $1 million. 21 U.S.C. § 841(b)(1)(C).

- A mandatory special assessment of $100.00.  18 U.S.C. § 3013(a)(2)(A).

- Forfeiture.

3