IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 22-10053-01-EFM |
| | ) | |
| DANNY MARTEL GRIFFIN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**UNITED STATES' MOTION FOR A PRELIMINARY ORDER OF FORFEITURE**

COMES NOW the United States by and through Duston J. Slinkard, Acting United States Attorney for the District of Kansas and Annette Gurney, Assistant United States Attorney, and moves the Court to enter a Preliminary Forfeiture Order forfeiting the personal property identified in the Plea Agreement. In support of its motion, the United States shows the Court as follows:

1.    On May 8, 2025 defendant Danny Martel Griffin entered his plea to Count One of the Superseding Information, charging a violation of 21 U.S.C. § 846. (Doc. 342).

2.    As part of the plea agreement (Doc. 343), the defendant agreed to forfeit the following personal property:

A.  Approximately $10,000.00 As Substitute Res for real property located at 25 South Sherman Avenue, Liberal, Kansas, more particularly described as: SURFACE AND SURACE RIGHTS ONLY, in and to: Lot Twenty (20) – Twenty-One (21), Block Thirty-Nine (39), ORIGINAL TOWN OF LIBERAL, to the City of Liberal, Seward County, Kansas;

B.  Approximately $14,700.00 as substitute res for 2020 Green Dodge Charger, VIN: 2C3CDXCT4LH199767;

C.  Approximately $9,350.00 as substitute res for 2016 Mercedes-Benz, VIN: WDDHF5KB8GB189918;

D.  Approximately $11,700.00 as substitute res for 2020 Blue Dodge Charger, VIN: 2C3CDXCT6LH198135;

E.  Approximately $12,900.00 as substitute res for 2019 Dodge Challenger, VIN: 2C3CDZBT0KH739840;

F.  Approximately $10,100.00 as substitute res for 2016 Ford F150, VIN: 1FTEW1EP1GKD38991;

G.  Approximately $13,600.00 as substitute res for 2015 Jeep Grand Cherokee SRT, VIN: 1C4RJFDJ7FC844795;

H.  Approximately $13,200.00 as substitute res for 2018 Dodge Durango, VIN: 1C4SDHCTXJC113990;

I.  Assorted jewelry seized from 11307 W. Cindy, Wichita, KS;

J.  White gold diamond stud earrings seized from 25 S. Sherman Ave., Liberal, KS;

K.  Yellow gold men's ring with "BRM" on top;

L.  Gold braided chain with diamond clasp;

M.  Approximately $5,250.22 seized from Community Bank Account No. xx3493, styled as Dalecia Anthony, Cabaret 54, located at 2320 N. Kansas, Liberal, KS;

N.  Approximately $3,502.00 in U.S. currency seized from 11307 W. Cindy, Wichita, KS;

O.  Approximately $2,520.00 in U.S. currency seized from 11307 W. Cindy, Wichita, KS;

P.  Approximately $1,000.00 in U.S. currency seized from 11307 W. Cindy, Wichita, KS;

Q.  Approximately $10,481.00 in U.S. currency seized from 11307 W. Cindy, Wichita, KS;

R.  Approximately $14,403.00 in U.S. currency seized from 25 S. Sherman Ave., Liberal, KS;

S.  Approximately $13,502.00 in U.S. currency seized from 141 W. Pancake, Liberal, KS;

T.  Approximately $44,479.00 in U.S. currency seized from 2501 E. Douglas #10, Wichita, KS;

U.  Approximately sixty rounds of FN ammunition;

V.  Approximately 132 rounds of assorted ammunition; and

W.  Approximately $5,000.00 in U.S. currency seized on March 2, 2022.

3.      In the plea agreement, the defendant specifically agreed to not only the forfeiture of the property but has agreed to the immediate entry of the preliminary order of forfeiture. (Doc. 343).

4.      Based upon the statements set forth in the Plea Agreement, the United States has established the requisite nexus between the property identified above and the offense to which the defendant has pleaded guilty. Accordingly, the property listed in paragraph two is subject to forfeiture to the United States pursuant to 21 U.S.C. § 853.

5.      Upon the entry of the Preliminary Order of Forfeiture, the United States will proceed to give notice to any third parties who may have an interest in the property and dispose of the property according to law.

Wherefore, for the reasons stated above, the United States respectfully requests that the Court grant its motion and enter a Preliminary Order of Forfeiture.

Respectfully Submitted,

DUSTON J. SLINKARD
Acting United States Attorney
District of Kansas

/s/ Annette Gurney
ANNETTE GURNEY, #11602
Assistant United States Attorney
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
T: (316) 269-6481
F: (316) 269-6484
annette.gurney@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 4, 2025, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record for defendant.

/s/ Annette Gurney
ANNETTE GURNEY #11602

4