IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 22-10053-01-EFM |
| ) | |
| DANNY MARTEL GRIFFIN, ) | |
| ) | |
| Defendant. ) | |

**PRELIMINARY ORDER OF FORFEITURE**

The United States of America moves for a preliminary forfeiture order forfeiting to the United States certain personal property. (Doc. 350). After reviewing the record and applicable law, the Court finds that Danny Martel Griffin consented to forfeiture of certain property at the time of his conviction and plea and makes the following findings and enters the following orders.

1. The Court finds that Danny Martel Griffin consented to forfeiture of the property at the time of conviction and plea and GRANTS the United States' Motion for a Preliminary Order of Forfeiture. (Doc. 350). The Court orders preliminary forfeiture of the following property:

   A. Approximately $10,000.00 As Substitute Res for real property located at 25 South Sherman Avenue, Liberal, Kansas, more particularly described as: SURFACE AND SURACE RIGHTS ONLY, in and to: Lot Twenty (20) – Twenty-One (21), Block Thirty-Nine (39), ORIGINAL TOWN OF LIBERAL, to the City of Liberal, Seward County, Kansas;

   B. Approximately $14,700.00 as substitute res for 2020 Green Dodge Charger, VIN: 2C3CDXCT4LH199767;

   C. Approximately $9,350.00 as substitute res for 2016 Mercedes-Benz, VIN: WDDHF5KB8GB189918;

   D. Approximately $11,700.00 as substitute res for 2020 Blue Dodge Charger, VIN: 2C3CDXCT6LH198135;

E. Approximately $12,900.00 as substitute res for 2019 Dodge Challenger, VIN: 2C3CDZBT0KH739840;

F. Approximately $10,100.00 as substitute res for 2016 Ford F150, VIN: 1FTEW1EP1GKD38991;

G. Approximately $13,600.00 as substitute res for 2015 Jeep Grand Cherokee SRT, VIN: 1C4RJFDJ7FC844795;

H. Approximately $13,200.00 as substitute res for 2018 Dodge Durango, VIN: 1C4SDHCTXJC113990;

I. Assorted jewelry seized from 11307 W. Cindy, Wichita, KS;

J. White gold diamond stud earrings seized from 25 S. Sherman Ave., Liberal, KS;

K. Yellow gold men's ring with "BRM" on top;

L. Gold braided chain with diamond clasp;

M. Approximately $5,250.22 seized from Community Bank Account No. xx3493, styled as Dalecia Anthony, Cabaret 54, located at 2320 N. Kansas, Liberal, KS;

N. Approximately $3,502.00 in U.S. currency seized from 11307 W. Cindy, Wichita, KS;

O. Approximately $2,520.00 in U.S. currency seized from 11307 W. Cindy, Wichita, KS;

P. Approximately $1,000.00 in U.S. currency seized from 11307 W. Cindy, Wichita, KS;

Q. Approximately $10,481.00 in U.S. currency seized from 11307 W. Cindy, Wichita, KS;

R. Approximately $14,403.00 in U.S. currency seized from 25 S. Sherman Ave., Liberal, KS;

S. Approximately $13,502.00 in U.S. currency seized from 141 W. Pancake, Liberal, KS;

T. Approximately $44,479.00 in U.S. currency seized from 2501 E. Douglas #10, Wichita, KS;

U. Approximately sixty rounds of FN ammunition;

V. Approximately 132 rounds of assorted ammunition; and

     W. Approximately $5,000.00 in U.S. currency seized on March 2, 2022.

  2. The Court further finds that the property identified in paragraph 1, was property constituting or derived from any proceeds obtained, directly or indirectly, as the result of such offenses and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of Count 1 of the Superseding Information, and accordingly, the property is forfeitable to the United States pursuant to 21 U.S.C. § 853.

  3. Pursuant to Fed. R. Crim. P. 32.2(b)(3), the United States is authorized to seize the property listed in paragraph 1, should it not have already done so.

  4. Upon the entry of this Order, the United States shall post to www.forfeiture.gov, for a period of thirty consecutive days, notice of this Order, notice of the United States' intent to dispose of the property according to law, and notice that any person, other than the defendant, having or claiming a legal interest in any of the above-listed forfeited property must file a petition with this Court within thirty days of the final publication of notice or receipt of actual notice, whichever is earlier.

  5. Further, the notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title, or interest in the forfeited property, and any additional facts supporting the petitioner's claim and the relief sought. The United States may also, to the extent practicable, provide written notice to any person known to have alleged an interest in the forfeited property.

  6. Pursuant to Fed. R. Crim. P. 32.2(b)(4), this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

7. Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture.

8. The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary pursuant to Fed. R. Crim. P 32.2(e).

So ordered this 5th day of June, 2025, at Wichita, KS.

HONORABLE ERIC F. MELGREN
CHIEF UNITED STATES DISTRICT JUDGE